**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-1306**

———————————

LEONARD E. TURNER,

Plaintiff - Appellant,

versus

DEPARTMENT OF SOCIAL SERVICES AT VETERANS HOS-
PITAL; VIRGINIA LEGAL AID SOCIETY, INCORPO-
RATED; COMMISSIONER OF SOCIAL SECURITY; FED-
ERAL BUREAU OF INVESTIGATION,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Danville.  Jackson L. Kiser, Senior District
Judge. (CA-96-18-4-D)

———————————

Submitted:  September 25, 1997       Decided:  October 8, 1997

———————————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Leonard E. Turner, Appellant Pro Se.  Stephen Urban Baer, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; John Francis
Corcoran, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia;
John Ernest Falcone, SMITH & FALCONE, Lynchburg, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment in favor of the Defendants. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Turner v. Department of Soc. Servs., No. CA-96-18-4-D (W.D. Va. Feb. 12, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2